```
1  PATRICK L. FORTE, #80050
   CORRINE BIELEJESKI, #244599
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-44122 RLE** |
| **PATSY LOU WHALA,** | **Chapter 13** |
| Debtor. | **MOTION TO AMEND DISCHARGE ORDER** |
| _____/ | |

Patsy Lou Whala, debtor herein, hereby applies to the Court for an Order Amending the Order of Discharge in the above Chapter 13 case to list the correct social security number. This application is made on the grounds that on June 29, 2015, the Order Discharging Debtor After Completion of Chapter 13 Plan was entered, which listed the debtor's social security number as ending in 6707. On July 7, 2015, Debtor filed an Amended Statement of Social Security Number and an Amended Voluntary Petition in order to list the correct social security number.

Dated: August 18, 2015       /s/ Patrick L. Forte
                                          PATRICK L. FORTE
                                          Attorney for Debtor